THE CITY BANK OF NEW ORLEANS *v.* JOHNSON.

Where prescription is pleaded in the Supreme Court, the party against whom it is set up may require the case to be remanded, for a trial on the issue thus made.

APPEAL from the District Court of Natchitoches, *Campbell,* J. The judgment of the court was pronounced by

EUSTIS, C. J. The defendant and appellant, drawer of a promissory note, has pleaded in this court the prescription of five years, on an appeal taken from a judgment against him. By article 3427 of the Civil Code, prescription may be pleaded on the appeal.

The appellant made an application to file his plea, on a motion for a new trial in the court below. The appellee has requested that, in the event of the plea being received, the case be remanded for a new trial. This he has a right to require.

The judgment is therefore reversed, and the case remanded for a new trial; the appellee paying the costs of this appeal.

*Sherburne* and *J. B. Smith*, for the plaintiffs. *P. A. Morse* and *Roysdon*, for the appellant.